JACOB B. COOPER, Respondent, v. IDA M. GRAHN; Also Known as IDA M.

GRANT, and EDWIN GRAHN, Also Known as EDWIN GRANT, Defendants, Impleaded with GEORGE RETZ, Appellant.— Judgment as against defendant Retz unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.